IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

BRANDON D. BRADLEY, SR.,

                        Plaintiff,

    v.                                                              ORDER

WISCONSIN DEPARTMENT OF CORRECTIONS,        24-cv-438-jdp

                        Defendant.

---

Plaintiff Brandon D. Bradley, Sr., proceeding without counsel, brings a Rehabilitation Act claim about being handcuffed behind his back for transportation to activities. Bradley now moves for voluntary dismissal of the case. Dkt. 62. After a defendant has filed an answer, Federal Rule of Civil Procedure 41(a)(2) provides that the action may be dismissed by the plaintiff "only by court order, on terms that the court considers proper." Defendant Wisconsin Department of Corrections states that it does not oppose the motion. Dkt. 63. I will grant Bradley's motion and dismiss the case without prejudice.

ORDER

IT IS ORDERED that:

1. Plaintiff's motion to voluntarily dismiss the case without prejudice, Dkt. 62, is GRANTED.

2. The clerk of court is directed to close the case.

Entered February 4, 2026.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge